

## UNITED STATES DISTRICT COURT
District of Delaware

**Steven D. Humes**

Plaintiff                                         **SUMMONS IN A CIVIL CASE**

V.                                                CASE NUMBER:

TO: Delaware State ~~Police~~ Supervisor

~~Troop 2 & Internal Affairs~~  Court

~~Route 40~~  500 N. King Str

~~Bear, DE 19701~~  Wilm DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF,

Steven D. Humes 4838 Plum Run Court Wilmington, DE 19808

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK  PETER DALLEO                    Date: 1/30/06

(By) DEPUTY CLERK: _____

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 1/30/06 |
| NAME OF SERVER (PRINT) LISA KREISS | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
Superior Court - New Castle City Courthouse King St

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/30/06      *Signature of Server* Lisa Kreiss

*Address of Server*  343 Sunnyside Ln Townsend DE 19734

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.