# UNITED STATES DISTRICT COURT
District of Delaware

**Steven D. Humes**

Plaintiff

V.

TO: State of Delaware

Department of Justice

820 N. French Street

Wilmington, DE 19801

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF, Steven D. Humes 4838 Plum Run Court Wilmington, DE 19808

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK **PETER T. DALLEO**   Date: 1/30/06

(By) DEPUTY CLERK: _[signature]_

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1/30/06 |
| NAME OF SERVER (PRINT) LISA KREISS | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Dept of Justice - New Castle Cty Courthouse King St.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/30/06        *Lisa Kreiss*
           Date            Signature of Server

343 Sunnyside Ln Townsend DE 19734
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.