**UNITED STATES DISTRICT COURT**
District of Delaware

**Steven D. Humes**

Plaintiff                           **SUMMONS IN A CIVIL CASE**

V.                                  CASE NUMBER:

TO: Federal Bureau of Investigation

920 North King Street

Suite 104

Wilmington, DE 19801


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF

Steven D. Humes 4838 Plum Run Court Wilmington, DE 19808


an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK  PETER T. DALLEO                  Date: 1/30/06

(By) DEPUTY CLERK: _____

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1/30/06 |
| NAME OF SERVER (PRINT) LISA KREISS | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 920 N. KING ST WILM DE 19802

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: Refused Service 920 N. KING ST WILM DE 19801

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/30/06                  *Lisa Kreiss*
               Date                    Signature of Server

343 Sunnyside Ln Townsend DE 19734
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.