# UNITED STATES DISTRICT COURT
## District of Delaware

PRAECIPE

| | |
|---|---|
| Steven D. Humes | ) |
| | ) |
| | ) C.A. No. 06-59 KAJ |
| vs. | ) |
| | ) |
| | ) |
| | ) |
| State of Delaware | ) |
| | ) |

Please issue Alias Summons for:

Delaware State Police Troop 2

Delaware State Police Internal Affairs

Plaintiff
Steven D. Humes
4838 Plum Run Court
Wilmington, DE 19808
(302) 598-92349

2006 FEB -8 PM 1:26

ISSUED