## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEVEN D. HUMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE | ) | C.A. No. 06-59 KAJ |
| COURT OF COMMON PLEAS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### STATE DEFENDANTS' MOTION TO DISMISS COMPLAINT

The above-captioned State Defendants, by and through their counsel, hereby move this Honorable Court to enter an Order dismissing Plaintiff's Complaint with prejudice, pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(6), for the reasons set forth in the accompanying Defendants' Opening Brief in Support of Motion to Dismiss.

        DEPARTMENT OF JUSTICE
        STATE OF DELAWARE

        /s/Stephani J. Ballard
        Stephani J. Ballard (I.D. No. 3481)
        Deputy Attorney General
        Carvel State Office Building
        820 North French Street
        Wilmington, DE 19801
        (302) 577-8400
        Attorney for State Defendants

DATED: February 15, 2006

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEVEN D. HUMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE | ) | C.A. No. 06-59 KAJ |
| COURT OF COMMON PLEAS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**WHEREAS,** the State Defendants are immune from liability under the doctrine of Absolute Judicial Immunity, Sovereign Immunity, the Rooker-Feldman Doctrine, the Younger Abstention Doctrine and the Eleventh Amendment to the United States Constitution, and;

**WHEREAS**, the Plaintiff has failed to state any claim over which this Court has subject matter jurisdiction nor any claim upon which relief can be granted; and

**WHEREAS,** the State Defendants have filed an appropriate Motion to Dismiss with accompanying Brief,

**IT IS HEREBY ORDERED** this _____ day of _____, 2006, Defendants' Motion to Dismiss with prejudice is hereby **GRANTED.**

_____
J.

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

The undersigned certifies that on February 15, 2006, she caused the attached *Defendants'* *Motion to Dismiss Complaint* to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Steven D. Humes
4838 Plum Run Court
Wilmington, DE  19808

**MANNER OF DELIVERY:**

\_\_\_\_\_    One true copy by facsimile transmission to each recipient.

__X__    Two true copies by first class mail, postage prepaid, to each recipient.

\_\_\_\_\_    Two true copies by Federal Express.

\_\_\_\_\_    Two true copies by hand delivery to each recipient.

/s/Stephani J. Ballard
Stephani J. Ballard, I.D. No. 3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
Attorney for Defendants