Steven D. Humes

4838 Plum Run Court

Wilmington, Delaware 19808

(302) 598-9234

---

IN THE U.S. District Court - District of Delaware

| | |
|---|---|
| Steven D. Humes ) | |
| Plaintiff ) | |
| ) | |
| v. ) | C.A. No. 06-59 KAJ |
| State of Delaware, ) | |
| Court of Common Pleas, et al. ) | |
| Defendant(s) ) | |

**EMERGENCY MOTION FOR ORDER OF PROTECTION**

1. Plaintiff was threatened with arrest and possible injury by Delaware State Trooper Lafferty, who happened to be working the desk when Plaintiff went into the public area of a Police Station on or about Monday January 30, 2006.

2. Plaintiff had business that he was intending to do; asking about how to get a police report, before he could do so he was thrown out of the building under threat of arrest with seemingly violent intentions.

3. This incident was witnessed.

4. I ask this Court to make the Delaware State Troopers aware that there is no such order of "no contact" with the Delaware State Police at this time.

> This is per the rules of the Delaware Superior Court; Appeals (d) Stay. An appeal to, or writ of certiorari issuing from, Superior Court shall operate as a stay of the judgment and proceedings in the court below on giving the required bond and surety. The decision of the judge of the court below as to bond and surety may be reviewed by a judge of this court.

5. The "no contact" order that was part of the judgment after verdict by the Court of Common Pleas was based on lies an was unconstitutional because its only purpose was to prevent Plaintiff from filing a civil action against the Delaware State Police.

6. The Plaintiff never threatened the Delaware Police or authorities and asks the Delaware State Police to produce any evidence of an alleged threat that was made.

6. Many individuals have been seriously injured or even killed during a false arrest.

7. Plaintiff does fear for his life and safety and will not agree to any false arrest where he might be handcuffed so that the Delaware State Troopers who wish to do him harm will be able to do so without out allowing Plaintiff any defenses or protections.

8. Plaintiff does not wish to be the next victim of vengeful Police brutality because he filed a legitimate complaint against the Delaware State Police.

Plaintiff therefore ask this Honorable Court to issue an Emergency Order of Protection demanding that the Delaware State Troopers respect the laws and the lives of Delawareans and cease the threatening and aggressive behavior against the Plaintiff.

By: _____

Steven D. Humes, Pro Se

Dated: February 21, 2006

Steven D. Humes

4838 Plum Run Court

Wilmington, Delaware 19808

(302) 598-9234

---

**IN THE U.S. District Court - District of Delaware**

| | | |
|---|---|---|
| Steven D. Humes ) | | |
| Plaintiff ) | | |
| ) | | |
| v. ) | Case No. 06-59 KAJ | |
| ) | | |
| State of Delaware, et al. ) | | |
| ) | | |
| ) | | |
| ) | | |

**ORDER**

**NOW TO WIT,** this day of _____, 20\_\_, Defendants Motion for Order of Protection is hereby granted.

IT IS SO ORDERED.

_____

J.

Steven D. Humes

4838 Plum Run Court

Wilmington, Delaware 19808

(302) 598-9234

---

**IN THE U.S. District Court - District of Delaware**

| | | |
|---|---|---|
| Steven D. Humes | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 06-59 KAJ |
| | ) | |
| State of Delaware, | ) | |
| Court of Common Pleas, et al. | ) | |

**CERTIFICATE OF SERVICE**

I, *Steven D. Humes*, do hereby certify that two (2) copies of the attached Notice of Motion, Motion and Order were *delivered by first class mail* to Stephani J. Ballard, Deputy Attorney General, 820 N. French Street, Wilmington, DE 19801, this day of 21 February 2006.

Plaintiff

Dated: February 21, 2006