IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN D. HUMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-59-KAJ |
| ) | |
| STATE OF DELAWARE COURT OF ) | |
| COMMON PLEAS, SUPERIOR COURT ) | |
| OF DELAWARE, STATE OF ) | |
| DELAWARE DEPARTMENT OF ) | |
| JUSTICE, TROOPER LAFFERTY, ) | |
| TROOPER SGT. JONES, CAPTAIN ) | |
| CHARLES J. SIMPSON, LT. WILLIAM T. ) | |
| FORD, LT. PAUL E. SMENTKOWSKI, ) | |
| LT. MARK DANIELS, DELAWARE ) | |
| STATE POLICE TROOP 2 AND ) | |
| INTERNAL AFFAIRS, and FEDERAL ) | |
| BUREAU OF INVESTIGATION, ) | |
| ) | |
| Defendants. ) | |

### ORDER

At Wilmington this **23rd** day of **February, 2006**,

IT IS ORDERED that a teleconference has been scheduled for **February 28, 2006 at 2:00 p.m.** with the undersigned. **Counsel for Defendants shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE