IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN D. HUMES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF DELAWARE COURT OF )<br>COMMON PLEAS, SUPERIOR COURT )<br>OF DELAWARE, STATE OF )<br>DELAWARE DEPARTMENT OF )<br>JUSTICE, TROOPER LAFFERTY, )<br>TROOPER SGT. JONES, CAPTAIN )<br>CHARLES J. SIMPSON, LT. WILLIAM T. )<br>FORD, LT. PAUL E. SMENTKOWSKI, )<br>LT. MARK DANIELS, DELAWARE )<br>STATE POLICE TROOP 2 AND )<br>INTERNAL AFFAIRS, and FEDERAL )<br>BUREAU OF INVESTIGATION, )<br>)<br>Defendants. ) | Civil Action No. 06-59-KAJ |

### ORDER

At Wilmington this **1st** day of **March, 2006,**

For the reasons set forth by the Court during the teleconference on February 28, 2006,

IT IS ORDERED that plaintiff's motion for order of protection (D.I. 13) is DENIED.

*/s/ Kent A. Jordan*
UNITED STATES DISTRICT JUDGE