Steven D. Humes

4838 Plum Run Court

Wilmington, Delaware 19808

(302) 598-9234

---

**IN THE U.S. District Court - District of Delaware**

| | | |
|---|---|---|
| Steven D. Humes | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No. 06-59 KAJ |
| State of Delaware, | ) | |
| Court of Common Pleas, et al. | ) | |
| Defendant(s) | ) | |

**LETTER TO THE COURT**

**FORMALLY OBJECTING TO**

**THE MOTION OF PROTECTION BEING DENIED**

The Plaintiff Steven Humes objects to this courts decision denying the order of protection for being both biased and in obvious error.

This court has chosen to ignore the following facts and the laws meant to protect the plaintiff and his family.

1. That any act causing an individual to be fearful for their safety is in fact a criminal act.

   > (1) He or she insults, taunts or challenges another person or engages in any other course of alarming or distressing conduct which serves no legitimate purpose and is in a manner which the person knows is likely to provoke a violent or disorderly response or cause a reasonable person to suffer substantial emotional distress;

2. The State Deputy Attorney General stated that the potentially violent encounter did take place and that the physical encounter did not take place because Steven Humes vacated the building after being threatened.

3. The State contended that the Trooper was ignorant to the laws and unaware that there was no order of protection in effect.

4. Steven Humes would have been physically assaulted by Trooper Lafferty; or another Trooper, had he not hurriedly exited the public building (basically ran away before he was hurt).

5. Steven Humes and the witness were alarmed and afraid for their safety.

6. Steven Humes has two children six years old who cannot run as fast as he can. Is it this courts contention that Steven Humes should not go anywhere with his children until they become faster runners?

It is a fact that if this incident had not involved a Delaware State Police Trooper that an order of protection would have been granted and the Police might have even filed criminal charges against the aggressor. This court is clearly "BLUE" biased in this decision and has by its actions placed Steven Humes and his family in danger. The Delaware State Police do not have to obey the laws; **or even know them,** and can do whatever they want with impunity based on this courts blue tainted decisions.

Justice is indeed blind, "COLOR BLIND", the color blue seemingly can only be diminished by injecting huge quantities of the color green. This courts decision causes the Plaintiff, Steven Humes, both concern and distress. How can Steven Humes receive a fair trial for grievances against authorities while they're being protected by the authorities? It is clear by this decision and every other decision (listed on the web) that this court has made involving a PRO SE Plaintiff verses the Delaware Authorities that this court has clear bias in favor of those authorities and to the wealthy plaintiffs who can afford counsel.

The plaintiff will therefore be filing two motions because of this decision; Motion for a change of the court venue to a different federal court with demand of a Jury, and a motion for a continuance while Plaintiff, Steven Humes conducts a nationwide and extremely public search for competent counsel; willing to act pro bono, and to inform the general public of the authority's grievance actions in this matter.

_____
Plaintiff

Dated: March 6, 2006

Steven D. Humes

4838 Plum Run Court

Wilmington, Delaware 19808

(302) 598-9234

---

IN THE U.S. District Court - District of Delaware

| | | |
|---|---|---|
| Steven D. Humes | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 06-59 KAJ |
| | ) | |
| State of Delaware, | ) | |
| Court of Common Pleas, et al. | ) | |

**CERTIFICATE OF SERVICE**

I, *Steven D. Humes*, do hereby certify that two (2) copies of the attached Notice of Motion, Motion and Order were *delivered by first class mail* this day of 6 March 2006 to:

Stephani J. Ballard

Deputy Attorney General

820 N. French Street

Wilmington, DE 19801,

And

Patricia Hannigan

Assistant U.S. Attorney

1007 N. Orange Street

Suite 700

Wilmington, DE 19899-2046

_[signature]_

Plaintiff

Dated: March 6, 2006