# STATE OF DELAWARE
## DEPARTMENT OF JUSTICE

### CARL C. DANBERG
Attorney General




| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

March 8, 2006

Civil Division-New Castle County

The Honorable Kent A. Jordan             **VIA CM/ECF FILING**
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

   Re:   *Humes v. State of Delaware, Court of Common Pleas, et.al.*
         *C.A. No. 06-59 KAJ*

Dear Judge Jordan:

   I am in receipt of Plaintiff's "Letter to the Court formally objecting to the motion of protection being denied," filed on March 7, 2006, which the Court has construed as a "Motion for Reconsideration." (D.I. 17). Plaintiff's motion appears to be frivolous and the State Defendants stand on the argument and information already placed in the record during the teleconference with the Court on February 28, 2006. The Court's well-reasoned decision, stated verbally at the teleconference and memorialized in the Court's Order of March 1, 2006 (D.I. 16) was amply supported by the record before the Court. Plaintiff's motion for reconsideration should be denied.

   Please feel free to contact me if the Court requires any additional information.

                                   Respectfully submitted,

                                   Stephani J. Ballard
                                   Deputy Attorney General

cc: Steven D. Humes (by mail)