IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN D. HUMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-59-KAJ |
| | ) |
| STATE OF DELAWARE COURT OF | ) |
| COMMON PLEAS, SUPERIOR COURT | ) |
| OF DELAWARE, STATE OF | ) |
| DELAWARE DEPARTMENT OF | ) |
| JUSTICE, TROOPER LAFFERTY, | ) |
| TROOPER SGT. JONES, CAPTAIN | ) |
| CHARLES J. SIMPSON, LT. WILLIAM T. | ) |
| FORD, LT. PAUL E. SMENTKOWSKI, | ) |
| LT. MARK DANIELS, DELAWARE | ) |
| STATE POLICE TROOP 2 AND | ) |
| INTERNAL AFFAIRS, and FEDERAL | ) |
| BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendants. | ) |

### ORDER

To the extent the plaintiff's "Letter to the Court Formally Objecting to the Motion of Protection Being Denied" (D.I. 17) was intended to seek reconsideration, that request is denied for the reasons already set forth during the teleconference with the parties on February 28, 2006.

*[signature]*
UNITED STATES DISTRICT COURT

March 10, 2006
Wilmington, Delaware