## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

STEVEN D. HUMES,                          :
                                          :
                    Plaintiff,            :
                                          :
           v.                             :
                                          :
STATE OF DELAWARE COURT OF                :
COMMON PLEAS, SUPERIOR COURT              :
OF DELAWARE, STATE OF DELAWARE            ::    Civil Action No. 06-059-KAJ
DEPARTMENT OF JUSTICE, TROOPER            :
LAFFERTY, TROOPER SGT. JONES,             :
CAPTAIN J. SIMPSON, LT. WILLIAM T.        :
FORD, LT. PAUL E. SMENTKOWSKI,            :
LT. MARK DANIELS, DELAWARE                :
STATE POLICE TROOP 2 AND                  :
INTERNAL AFFAIRS, and FEDERAL             :
BUREAU OF INVESTIGATION,                  :
                                          :
                    Defendants            :

## UNOPPOSED MOTION BY THE FEDERAL
## BUREAU OF INVESTIGATION FOR
## EXTENSION OF TIME TO RESPOND TO COMPLAINT

The Federal Bureau of Investigation ("FBI"), through the undersigned, hereby requests an extension of thirty days in which to respond to the Complaint in the captioned matter, and in support thereof avers as follows:

1.      The Complaint was served on the Office of the United States Attorney for the District of Delaware on February 27, 2006. Pursuant to Rule 12(a)(3)(A), a response would thus be due on or before April 28, 2006, sixty days following February 27.

2.      In order to respond most appropriately to the Complaint, the Government requests an extension of thirty days, or until May 28, 2006, to serve and file its response.

3.    The undersigned has spoken with the *pro se* Plaintiff and with counsel for the State codefendants, and neither has any objection to the Government's motion for extension of time.

**WHEREFORE**, the FBI respectfully requests that this Court grant its unopposed motion for extension of time until May 28, 2006, to respond to the complaint in the captioned matter.

COLM F. CONNOLLY
United States Attorney

By:/s/Patricia C. Hannigan
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov

Dated: April 26, 2006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

STEVEN D. HUMES,                               :
                                               :
            Plaintiff,                         :
                                               :
      v.                                       :
                                               :
STATE OF DELAWARE COURT OF                     :
COMMON PLEAS, SUPERIOR COURT                   :
OF DELAWARE, STATE OF DELAWARE    ::    Civil Action No. 06-059-KAJ
DEPARTMENT OF JUSTICE, TROOPER                 :
LAFFERTY, TROOPER SGT. JONES,                  :
CAPTAIN J. SIMPSON, LT. WILLIAM T.             :
FORD, LT. PAUL E. SMENTKOWSKI,                 :
LT. MARK DANIELS, DELAWARE                     :
STATE POLICE TROOP 2 AND                       :
INTERNAL AFFAIRS, and FEDERAL                  :
BUREAU OF INVESTIGATION,                       :
                                               :
            Defendants                         :

## ORDER

And now, this ____ day of _____, 2006, having heard and considered the

Unopposed Motion by The Federal Bureau of Investigation for Extension of Time to Respond to

Complaint, it is hereby ORDERED that the Motion is GRANTED.


                              _____
                              HONORABLE KENT A. JORDAN
                              District Judge
                              United States District Court

## CERTIFICATE OF SERVICE

I, Patricia C. Hannigan, hereby certify that on **April 26, 2006**, I electronically filed the foregoing **UNOPPOSED MOTION BY THE FEDERAL BUREAU OF INVESTIGATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**Stephani J. Ballard, Esquire**
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stephani.ballard@state.de.us

*Counsel for State Defendants*

Notification of the filing will be mailed via United States Mail, postage prepaid to the following:

**Steven D. Humes,** *Pro Se*
4838 Plum Run Court
Wilmington, DE 19808
(302) 598-9234


                              COLM F. CONNOLLY
                              United States Attorney

                    By:   /s/Patricia C. Hannigan
                              Patricia C. Hannigan
                              Assistant United States Attorney
                              Delaware Bar I.D. No. 2145
                              The Nemours Building
                              1007 Orange Street, Suite 700
                              P. O. Box 2046
                              Wilmington, DE 19899-2046
                              (302) 573-6277
                              Patricia.Hannigan@usdoj.gov