# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN D. HUMES, | : |
| Plaintiff, | : |
| v. | : |
| STATE OF DELAWARE COURT OF COMMON PLEAS, SUPERIOR COURT OF DELAWARE, STATE OF DELAWARE DEPARTMENT OF JUSTICE, TROOPER LAFFERTY, TROOPER SGT. JONES, CAPTAIN J. SIMPSON, LT. WILLIAM T. FORD, LT. PAUL E. SMENTKOWSKI, LT. MARK DANIELS, DELAWARE STATE POLICE TROOP 2 AND INTERNAL AFFAIRS, and FEDERAL BUREAU OF INVESTIGATION, | : Civil Action No. 06-059-KAJ |
| Defendants | : |

## STIPULATION AND ORDER FOR EXTENSION

The parties, through the undersigned, hereby stipulate and agree that the period in which the Federal Bureau of Investigation will answer, move or otherwise respond to the Complaint is extended thirty days, through and including May 28, 2006.

Mr. Humes, appearing *pro se*, and Ms. Ballard, representing the remaining defendants, have agreed to permit the Office of the United States Attorney to "sign" this stipulation electronically on their behalf.

**Dated: April 28, 2006**

/s/Steven D. Humes
Steven D. Humes
4838 Plum Run Court
Wilmington, DE 19808
(302) 598-9234

*Pro Se*

COLM F. CONNOLLY
United States Attorney

/s/Patricia C. Hannigan
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov

*Counsel for Federal Bureau of Investigation*

/s/Stephani J. Ballard
Stephani J. Ballard, Esquire
Delaware Bar I.D. No.3481
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stephani.ballard@state.de.us

*Counsel for State Defendants*

IT IS SO ORDERED this _____ day of _____, 2006

_____
HONORABLE KENT A. JORDAN
District Judge
United States District Court

## CERTIFICATE OF SERVICE

I, Patricia C. Hannigan, hereby certify that on **April 28, 2006**, I electronically filed the foregoing **STIPULATION AND ORDER FOR EXTENSION** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**Stephani J. Ballard, Esquire**
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stephani.ballard@state.de.us

*Counsel for State Defendants*

Notification of the filing will be mailed via United States Mail, postage prepaid to the following:

**Steven D. Humes,** *Pro Se*
4838 Plum Run Court
Wilmington, DE 19808
(302) 598-9234

                    COLM F. CONNOLLY
                    United States Attorney

                  By:/s/Patricia C. Hannigan
                      Patricia C. Hannigan
                      Assistant United States Attorney
                      Delaware Bar I.D. No. 2145
                      The Nemours Building
                      1007 Orange Street, Suite 700
                      P. O. Box 2046
                      Wilmington, DE 19899-2046
                      (302) 573-6277
                      Patricia.Hannigan@usdoj.gov