## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN D. HUMES, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| STATE OF DELAWARE COURT OF | : |
| COMMON PLEAS, SUPERIOR COURT | : |
| OF DELAWARE, STATE OF DELAWARE | : Civil Action No. 06-059-KAJ |
| DEPARTMENT OF JUSTICE, TROOPER | : |
| LAFFERTY, TROOPER SGT. JONES, | : |
| CAPTAIN J. SIMPSON, LT. WILLIAM T. | : |
| FORD, LT. PAUL E. SMENTKOWSKI, | : |
| LT. MARK DANIELS, DELAWARE | : |
| STATE POLICE TROOP 2 AND | : |
| INTERNAL AFFAIRS, and FEDERAL | : |
| BUREAU OF INVESTIGATION, | : |
| | : |
| Defendants. | : |

### FEDERAL BUREAU OF INVESTIGATION'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED

The Federal Bureau of Investigation ("FBI"), through the undersigned, hereby moves the court to dismiss the captioned matter pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and in support thereof avers as follows:

1. The Court lacks subject matter jurisdiction over the claims set forth in Plaintiff's Complaint.

2. The Complaint fails to state a claim upon which relief may be granted.

WHEREFORE the FBI moves the Court to dismiss for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted

<div style="margin-left:3em">
COLM F. CONNOLLY<br>
United States Attorney

By: /s/Patricia C. Hannigan<br>
Patricia C. Hannigan<br>
Assistant United States Attorney<br>
Delaware Bar I.D. No. 2145<br>
The Nemours Building<br>
1007 Orange Street, Suite 700<br>
P. O. Box 2046<br>
Wilmington, DE 19899-2046<br>
(302) 573-6277<br>
Patricia.Hannigan@usdoj.gov
</div>

Dated: May 30, 2006

## CERTIFICATE OF SERVICE

I, Patricia C. Hannigan, hereby certify that on **May 30, 2006**, I electronically filed the foregoing **FEDERAL BUREAU OF INVESTIGATION'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**Stephani J. Ballard, Esquire**
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stephani.ballard@state.de.us

*Counsel for State Defendants*

Copies of the filing will also be sent via First Class Mail, postage prepaid, to *Pro Se* Plaintiff at the following address:

**Steven D. Humes,** *Pro Se*
4838 Plum Run Court
Wilmington, DE 19808
(302) 598-9234

                                        COLM F. CONNOLLY
                                        United States Attorney

                                  By:   /s/Patricia C. Hannigan
                                        Patricia C. Hannigan
                                        Assistant United States Attorney
                                        Delaware Bar I.D. No. 2145
                                        The Nemours Building
                                        1007 Orange Street, Suite 700
                                        P. O. Box 2046
                                        Wilmington, DE 19899-2046
                                        (302) 573-6277
                                        Patricia.Hannigan@usdoj.gov