IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN D. HUMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-59-SLR |
| ) | |
| STATE OF DELAWARE COURT OF ) | |
| COMMON PLEAS, SUPERIOR COURT ) | |
| OF DELAWARE, STATE OF ) | |
| DELAWARE DEPARTMENT OF ) | |
| JUSTICE, TROOPER LAFFERTY, ) | |
| TROOPER SGT. JONES, CAPTAIN ) | |
| CHARLES J. SIMPSON, LT. ) | |
| WILLIAM T. FORD, LT. PAUL E. ) | |
| SMENTKOWSKI, LT. MARK DANIELS,) | |
| DELAWARE STATE POLICE TROOP 2 ) | |
| AND INTERNAL AFFAIRS, FEDERAL ) | |
| BUREAU OF INVESTIGATION, ) | |
| HON. ALEX SMALLS, SHERRY ) | |
| SIMMONS, JANE DOE, SHAWN ) | |
| MARTYNIAK, INTERNATIONAL ) | |
| CHIROPRACTIC PEDIATRIC ) | |
| ASSOCIATION, and OHM ) | |
| CHIROPRACTIC, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

At Wilmington this 25th day of September, 2006, for the reasons set forth in the court's memorandum opinion of today's date in this matter;

IT IS HEREBY ORDERED that:

1. The motion to amend the complaint by plaintiff Steven D. Humes (D.I. 11) is granted.

2.  The motion to dismiss filed by State Defendants[1] (D.I. 9) is granted.

3.  The motion to dismiss filed by the Federal Bureau of Investigation (D.I. 25) is granted.

4.  Plaintiff's request for a "three judge trial" is denied.

5.  Plaintiff's remaining claims against International Chiropractic Pediatric Association and Ohm Chiropractic are hereby dismissed without prejudice.

                                     _____
                                         United States District Judge

---

[1] "State Defendants" include: State of Delaware Court of Common Pleas, Superior Court of Delaware, State of Delaware Department of Justice, Trooper Lafferty, Trooper Sgt. Jones, Captain Charles J. Simpson, Lt. William T. Ford, Lt. Paul E. Smentkowski, Lt. Mark Daniels, Delaware State Police Troop 2 and Internal Affairs, Hon. Alex Smalls, Sherry Simmons, Jane Doe and Shawn Martyniak.